# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Webster Bank, N.A., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 1:16-cv-2522 |
| Pierce & Associates, P.C., | ) ) ) |
| Defendant. | ) |

## REQUEST FOR PRODUCTION

Defendant, Pierce & Associates, P.C. by its attorneys, David M. Schultz and Justin M. Penn, and pursuant to Federal Rule 34 of the Federal Rules of Civil Procedure, requests that the plaintiff, Webster Bank, N.A., its attorneys and agents produce within thirty (30) days after receipt of this Request for Production at the offices of HINSHAW & CULBERTSON LLP, 222 North LaSalle Street, Suite 300, Chicago, Illinois 60601 for inspection and copying the following:

### DEFINITIONS

a) "Webster Bank", "Webster", the "Bank" or "you" means plaintiff Webster Bank, N.A., including all of its employees, agents, representatives and all other persons acting on its behalf at its direction or control, including but specifically not limited to its attorneys who represented it after Pierce and/or in this case.

b) "Pierce" or "defendant" means defendant Pierce & Associates, P.C., including all its present or former members, partners, employees, predecessors, agents, attorneys, representatives and all other persons acting on its behalf, at its direction or under its control.

c) "Jasinski Litigation" means the any of the cases filed by you or on your behalf against Kristen Jasinski or anyone related to her in the past seven years, including but not limited to the matter alleged in the First Amended Complaint at Paragraphs 37 through 54.

d) "Complaint" means the Complaint filed by Webster Bank in this action on February 23, 2016. and all amendments thereto.

### Requests for Production

1. Where a party has given a statement to some person or entity other than his, her or its attorney or insurer, said statement shall be produced by the person or entity to whom it was given or transferred.

2. The statement of any other witness, expert parties to this action, non-treating experts or other participants who may yet be sued because of the occurrence alleged.

131614676v1 0984142