# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Webster Bank, N.A.

                              Plaintiff,

v.                                          Case No.: 1:16–cv–02522
                                            Honorable Virginia M. Kendall

Pierce & Associates, P.C.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 7, 2017:

     MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendant's Motion to Compel Discovery [105] is granted. The Court will provide the reasons for its ruling at the status hearing previously set for 11/7/17 at 10:30 a.m. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.